FRANK SHERIDAN JONAS, INC., Respondent, *v.* GUILLERMO ROMANAT, Appellant.

Submitted October 3, 1951; decided October 5, 1951.

*Edward S. Menapace* for motion.

*Robert Goldstein* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.